IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAVON EMILIO,<br><br>    Plaintiff,<br><br>  v.<br><br>NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, FRED BRITTEN, Warden, TAN, Case Manager, and SAWYER, Case Worker, et al.,<br><br>    Defendants. | 4:17CV3027<br><br>**MEMORANDUM AND ORDER** |

  On May 5, 2017, the court ordered Plaintiff to pay an initial partial filing fee of $4.75 within 30 days or his case would be subject to dismissal. (Filing No. 14.) To date, Plaintiff has not paid the fee or submitted a motion for an extension of time to pay the fee.

  IT IS THEREFORE ORDERED: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

  DATED this 8th day of June, 2017.

                BY THE COURT:
                s/ *Richard G. Kopf*
                Senior United States District Judge